IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN W. MANN,

    Plaintiff,

v.                                  CASE NO. 5:14-cv-79-RS-GRJ

RICHARD L. MEUTH, et al.,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 4) and Plaintiff's Objections (Doc. 6). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(g).

3. The clerk is directed to close the file.

**ORDERED** on April 16, 2014.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**